IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MEGHAN BRIGHT**, as Curator of the **ESTATE OF LEONARD FOOTE**, and **GARY WEIR**, as Administrator of the **ESTATE OF JEAN HOWARD**, on their own behalf and all others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **BROOKDALE SENIOR LIVING, INC.,** <br><br> **Defendant.** | **NO. 3:19-cv-00374** <br><br> **JUDGE CAMPBELL** <br> **MAGISTRATE JUDGE HOLMES** |

## ORDER

Pending before the Court is Defendant Brookdale Senior Living Inc.'s Motion to Compel Arbitration and Stay Proceedings. (Doc. No. 33). Plaintiff Jean Howard filed a response in opposition to the motion with exhibits (Doc. No. 68, Exhibits A-L). Defendant filed a reply. (Doc. No. 78).

For the reasons stated in the accompanying Memorandum, Defendant's Motion to Compel Arbitration and Stay Proceedings is **GRANTED**. The parties shall promptly notify the Court when arbitration is complete. On or before April 17, 2020, the parties shall file briefs addressing whether the stay should extend to the remaining claims in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE