## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

**MEGHAN BRIGHT**, as Curator of the )
**ESTATE OF LEONARD FOOTE**, and )
**JEAN HOWARD**, by and through her son )
**GARY WEIR**, as power of attorney, on their )       **NO. 3:19-cv-00374**
own behalf and all others similarly situated, )
                                             )       **JUDGE CAMPBELL**
**Plaintiffs,** )       **MAGISTRATE JUDGE HOLMES**
                                             )
**v.** )
                                             )
**BROOKDALE SENIOR LIVING, INC.,** )
                                             )
**Defendant.** )

## ORDER

Pending before the Court is Defendant Brookdale Senior Living's Motion to Dismiss Class Action Complaint. (Doc. No. 29). Through the Motion, Defendant seeks dismissal of the claims brought by Meghan Bright, as Curator of the Estate of Leonard Foote. Plaintiff filed a response (Doc. No. 47) and Defendant filed a reply (Doc. No. 56).

For the reasons stated in the Memorandum, Defendant's Motion to Dismiss is **GRANTED** in part, **DENIED** in part.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE